# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:13-CV-592-MR
# CRIMINAL CASE NO. 3:09-CR-19-MR

| | |
|---|---|
| CHARLES ALLEN HALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [CV-592, Doc. 1] and this Court's Order granting an evidentiary hearing. [CV-592, Doc. 15].

**IT IS HEREBY ORDERED** that the evidentiary hearing to be held in this matter shall take place on **November 24, 2015, at 11:00 a.m.** at the United States Courthouse in Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the United States Marshal shall make arrangements to have the Petitioner transported from his place of incarceration to this District. The United States Marshal shall ensure that the Petitioner arrives in this District sufficiently in advance of the hearing date so

that he may be afforded adequate opportunity to confer with counsel in preparation for the hearing.

The Clerk of Court is directed to provide a copy of this Order to counsel for the Petitioner, counsel for the Government, the United States Marshals Service, and the Bureau of Prisons.

**IT IS SO ORDERED.**

Signed: September 1, 2015

Martin Reidinger
United States District Judge