# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:13-CV-592-MR
# CRIMINAL CASE NO. 3:09-CR-19-MR

| | |
|---|---|
| **CHARLES ALLEN HALL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned at the direction of the Court [3:13-CV-592, Doc. 15] for the purpose of appointing counsel to represent Petitioner henceforth in this matter.

It appearing that the Petitioner originally qualified for the appointment of counsel [3:09-CR-19, Doc. 3 (sealed)], and that he has been continuously incarcerated since his trial in this matter, the undersigned concludes the Petitioner remains indigent and that counsel should be appointed to represent him pursuant to Rule 8(c) of the Rules governing Section 2255 Proceedings.

**IT IS, THEREFORE, ORDERED** that attorney Julia G. Mimms is hereby appointed to represent Petitioner at his evidentiary hearing to be held during the November, 2015, term of Court in Charlotte, North Carolina.

**IT IS SO ORDERED.**

Signed: September 1, 2015

Dennis L. Howell
United States Magistrate Judge